ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771; (562) 309-8063 (fax)
Ernie.park@bewleylaw.com

Attorneys for Defendant
FLORIDA-RRG, INC.,
a Florida corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FLORIDA-RRG, INC., a Florida corporation; and DOES 1-10, inclusive<br><br>Defendants | CASE NO.: 8:19-cv-01613-JLS—DFM<br><br>ANSWER TO COMPLAINT |

Defendant FLORIDA-RRG, INC., a Florida corporation, severing itself from all other defendants, answers plaintiff's complaint herein as follows:

### PARTIES

1. Answering paragraph 1, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

2. Answering paragraph 2, this answering defendant lacks sufficient information or belief to enable it to answer the allegations in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

3. Answering paragraph 3, lacks sufficient information or belief to enable it to answer the allegations in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

4. Answering paragraph 4, lacks sufficient information or belief to enable it to answer the allegations in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

## JURISDICTION AND VENUE

5. Answering paragraph 5, this answering defendant admits the allegations contained therein.

6. Answering paragraph 6, this answering defendant admits the allegations contained therein.

7. Answering paragraph 7, this answering defendant admits the allegations contained therein.

## FACTUAL ALLEGATIONS

8. Answering paragraph 8, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

9. Answering paragraph 9, this answering defendant admits the allegations set forth therein.

Answer to Complaint for Injunctive Relief and Damages

10. Answering paragraph 10, this answering defendant admits the allegations set forth therein.

11. Answering paragraph 11, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

12. Answering paragraph 12, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

13. Answering paragraph 13, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

14. Answering paragraph 14, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

15. Answering paragraph 15, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

16. Answering paragraph 16, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

17. Answering paragraph 17, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

3

Answer to Complaint for Injunctive Relief and Damages

18. Answering paragraph 18, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

19. Answering paragraph 19. this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

20. Answering paragraph 20, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

21. Answering paragraph 21, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

22. Answering paragraph 22, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

23. Answering paragraph 23, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

24. Answering paragraph 24, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

25. Answering paragraph 25, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

## ANSWER TO FIRST PURPORTED CLAIM FOR RELIEF

26. Answering paragraph 26, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-25 hereof and incorporate the same herein by reference.

27. Answering paragraph 27, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

28. Answering paragraph 28, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

29. Answering paragraph 29, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

Answer to Complaint for Injunctive Relief and Damages

30. Answering paragraph 30, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

31. Answering paragraph 31, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

## ANSWER TO SECOND PURPORTED CLAIM FOR RELIEF

32. Answering paragraph 32, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-31 hereof and incorporates the same herein by reference.

33. Answering paragraph 33, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

34. Answering paragraph 34, these answering defendants deny, generally and specifically, each of said allegations.

35. Answering paragraph 35, this answering defendant denies, generally and

/////

/////

/////

/////

Answer to Complaint for Injunctive Relief and Damages

specifically, each of said allegations.

## FIRST AFFIRMATIVE DEFENSE

### [Failure to State a Claim for Relief]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that each of said purported causes of action fails to state a cause of action against these answering defendants.

## SECOND AFFIRMATIVE DEFENSE

### [Readily Achievable]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that any remediation of the Facility and the Subject Property is limited to those actions which are readily achievable, are structurally feasible or are not unduly expensive.

## THIRD AFFIRMATIVE DEFENSE

### [Standing]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that, to the extent plaintiff asserts alleged barriers which do not affect her personally, she lacks standing to assert the same.

## FOURTH AFFIRMATIVE DEFENSE

### [Mootness]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering

Answer to Complaint for Injunctive Relief and Damages

defendant asserts that, to the extent any alleged barrier either never existed or has been remediated, the plaintiff's claims are moot.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff's prayer for relief be denied;

2. That plaintiff be granted no relief whatsoever in this matter;

3. For defendant's reasonable attorney's fees;

4. For costs of suit herein incurred; and,

5. For such other and further relief as the court deems just and proper.

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
Ernie Zachary Park,
Attorneys for Defendant

# PROOF OF SERVICE
Code of Civil Procedure §§1013(a), 2015.5

**Case Name/Number**: 8:19-cv-01613-JLS-DFM

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On September 26, 2019, I served the foregoing document(s) described as **ANSWER TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| |
|---|
| Joseph R. Manning, Jr.<br>MANNING LAW, APC<br>20062 SW Birch Street, Ste. 200<br>Newport Beach, CA 92660<br>(949) 200-8755<br>disabilityrights@manninglawoffice.com |

[X]   By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF System, which electronically notifies the persons on the above service list at the email address registered with the ECF System.

[x]   [BY U.S. MAIL] The envelope was mailed  with postage thereon fully paid.  I am readily familiar with the firm's  practice for collection and processing correspondence for mailing.  Under that practice it  would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business.   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or  postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on September 26, 2019, at Whittier, California.

_____
K. Ibarra