# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA-RRG, INC., a Florida corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01613-JLS-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and FLORIDA-RRG, INC. ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 01/14/2020

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE